Frank Dobrozensky, an Infant, etc., v. Hartford Carpet Corporation.— Motion to dismiss appeal granted, with ten dollars costs.

Edward J. Wessels, Appellant, v. Northwestern Mutual Life Insurance Company and Others.— Motion to dismiss appeal as to respondent Bristol granted, with ten dollars costs.

Mary Finkelstein v. Joseph Meiselman and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Henry C. Jarmulowsky v. Helen E. Jarmulowsky.— Motion to dismiss appeal granted.

Mary E. Eels v. Jamin S. Morse.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Benjamin Steinman and Others v. Solomon K. Ford, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Estelle A. Chamberlain v. Frederick F. Chamberlain.—Motion to dismiss appeal granted, with ten dollars costs.

Frank Rando v. National Park Bank of New York. — Motion to dismiss appeal granted, with ten dollars costs.

Jane C. Seggebruch, Individually, etc., v. Richard G. P. Dieffenbach and Others, Impleaded.— Motion to dismiss appeal as to respondents Dieffenbach, Maier and Gilbert granted, with ten dollars costs.

Alexander Michaelson v. Anson McC. Beard and Others.— Motion to dismiss appeal denied, upon payment of ten dollars costs.

Irving W. Childs v. Eversley Childs, Individually, etc.— Motion to dismiss appeal granted, with ten dollars costs. ·